■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN ROLLINS, JR., Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Celli, J.—assault, second degree, and unlawful imprisonment, first degree.) Present—Dillon, P. J., Callahan, Boomer, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HAMMER, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Monroe County Court, Celli, J.—robbery, first degree.) Present—Doerr, J. P., Denman, Green, Pine and Schnepp, JJ.

■ MICHAEL R. BURTON, Respondent, v DEAN WITTER REYNOLDS, INC., et al., Appellants.—Order unanimously reversed on the law without costs and motion granted. Memorandum: Plaintiff concedes that defendants' motion to compel arbitration should have been granted *(see, Flanagan v Prudential-Bache Sec.,* 67 NY2d 500). (Appeal from order of Supreme Court, Onondaga County, Grow, J.—arbitration.) Present—Dillon, P. J., Callahan, Doerr, Boomer and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES MAYHEW, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Chautauqua County Court, Adams, J.—attempted murder, second degree, and rape, first degree.) Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MYRON C. JOHNS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Niagara County Court, Hannigan, J.—criminal mischief, third degree, and other offenses.) Present—Doerr, J. P., Green, Balio, Lawton and Schnepp, JJ.